ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP 2 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_       DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP 2 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_       DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

EDWIN ANTONIO ALFARO,

        Petitioner,

        v.

RANDY GROUNDS, Warden,

        Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. CV 12-06338 MMM (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: September 19, 2012

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE