ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP 2 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**SEP 2 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_                    DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EDWIN ANTONIO ALFARO,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | Case No.  CV 12-06338 MMM (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: September 19, 2012

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE